UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY W. ARBUCKLE,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC. and DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendants. | CASE NO. 1:17-cv-03610 |

## COMPLAINT

### I.     INTRODUCTION

1. This is an action for statutory and actual damages, costs of the action and a reasonable attorney's fee brought by Timothy W. Arbuckle for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., by Defendants.

### II.    JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337.

### III.   PLAINTIFF

3. Plaintiff Timothy W. Arbuckle is a natural person residing in Zionsville, Indiana.

### IV.    DEFENDANTS

4. Defendant Convergent Outsourcing, Inc. (hereinafter "Convergent") is a for-profit foreign corporation with its principal place of business in Renton, Washington.

5. The principal purpose of Convegent's business is the collection of debt, and Convergent regularly uses instrumentalities of interstate commerce and the mails in collecting debt.

6. Defendant Diversified Consultants, Inc. (hereinafter "Diversified") is a for-profit foreign corporation with its principal place of business in Jacksonville, Florida.

7. The principal purpose of Diversified's business is the collection of debt, and Diversified regularly uses instrumentalities of interstate commerce and the mails in collecting debt.

## V.   STATEMENT OF FACTS

8. Plaintiff allegedly owes a debt that originated with Sprint; said debt was purportedly incurred for personal, family or household purposes.

9. Convergent reported this alleged debt to TransUnion on September 2, 2017 and September 9, 2017 to be placed on Plaintiff's credit report in connection with the collection of the alleged debt.

10. Diversified reported this alleged debt to TransUnion on August 14, 2017 and September 11, 2017 to be placed on Plaintiff's credit report in connection with the collection of the alleged debt.

11. Convergent and Diversified's collection of the same debt at the same time by reporting it on Plaintiff's credit report has caused Plaintiff stress and has made it appear he has more collection accounts than he really has, has a greater debt balance than he really has and has negatively affected his credit score.

## VI.   CLAIMS FOR RELIEF

### A.  Fair Debt Collection Practices Act

12. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through eleven above.

13. Defendants violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

    a. Engaging in collection activity, by placing the alleged debt on Plaintiff's credit report, of a debt that Plaintiff does not owe twice (either Convergent or Diversified or both do not have the authorization or basis to collect the alleged debt), in violation of 15 U.S.C. § 1692e and f.

14. As a result of these violations of the Fair Debt Collection Practices Act, Defendants are liable to Plaintiff for his actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendants in an amount that will compensate him for his actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

Respectfully submitted,

s/ *Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com